AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAR - 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
       DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| IVAN ALBERTO CARDENAS-RAYAS | CASE NUMBER: 08CR0635-JLS |

I, IVAN ALBERTO CARDENAS-RAYAS, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 3/6/2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Ivan Alberto Cardenas Rayas*
Defendant

*[signature]*
Defense Counsel

Before *[signature]*
Judicial Officer