LEILA W. MORGAN
California State Bar No. 232874
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile:   (619) 687-2666
Leila_Morgan@fd.org

Attorneys for Mr. Cardenas-Raya

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0635-JLS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JOINT MOTION TO CONTINUE** |
| ) | **SENTENCING HEARING** |
| **IVAN CARDENAS-RAYA**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Ivan Cardenas-Raya, by and through his attorneys, Leila W. Morgan and Federal Defenders of San Diego, counsel for Mr. Cardenas-Raya jointly moves with Assistant United States Attorneys Carlos Cantu that the sentencing hearing currently set for June 13, 2008, at 9:00 a.m. be continued until August 15, 2008 at 9:00 a.m.

The court finds that the time is excludable under the Speedy Trial act. The defendant is in the custody of the United States Marshall's Service.

Dated: May 9, 2008
/s/ Leila W. Morgan
**LEILA W. MORGAN.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Cardenas-Raya
Leila_Morgan@fd.org

Dated: May 9, 2008
/s/ Carlos Cantu
**CARLOS CANTU**
Assistant United States Attorney
Carlos.Cantu@usdoj.gov

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Carlos Cantu**
U S Attorneys Office Southern District of California
Civil Division
880 Front Street
Suite 6253
San Diego, CA 92101
(619)557-5662
Fax: (619)235-2757
Email: Carlos.Cantu@usdoj.gov

Dated: May 9, 2008            /s/ Leila W. Morgan
                              **LEILA W. MORGAN.**
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Mr. Cardenas-Raya
                              Leila_Morgan@fd.org