UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR0635-JLS |
| Plaintiff, | |
| v. | |
| **IVAN CARDENAS-RAYA**, | ORDER ON JOINT MOTION TO CONTINUE SENTENCING HEARING |
| Defendant. | |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the sentencing hearing currently set for June 13, 2008, at 9:00 a.m. be continued until August 15, 2008 at 9:00 a.m.

The court finds that the time is excludable under the Speedy Trial act. The defendant is in the custody of the United States Marshal's Service.

**SO ORDERED.**

DATED: May 13, 2008

Honorable Janis L. Sammartino
United States District Judge